CORNING GUILFORD McKENNEE, Appellant, v. EVELYN RUTH McKENNEE, Respondent.— Order modified by reducing the amount of counsel fee to $500, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm without modification.

CHARLES P. McMORROW, Appellant, v. JAMES J. JOYCE, Respondent.— Order granting defendant's motion to strike out certain paragraphs of the second amended complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within ten days from service of a copy of the order herein. The allegations stricken out are not irrelevant and are needful to enable it to be determined upon a trial whether plaintiff has a cause of action for the specific performance of an enforcible contract which it would be equitable to require that defendant should specifically perform, or has a cause of action independently of the Statute of Frauds, the rights under which he would be equitably entitled to have enforced. Wadick v. Mace (191 N. Y. 1), in so far as it is an authority on the non-enforcibility of a contract involving an indefinite description, may be distinguished from the case at bar in view of the indefiniteness ceasing to be present in the case at bar before the law day, if the plaintiff's evidence to that effect be credited. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

SELINA McNAB, Respondent, v. JOHN DUNSMURE McNAB, Appellant.— Order denying defendant's motion to vacate and set aside interlocutory judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

PETER MELANSON, Respondent, v. IRVING ELKINS, Appellant.— Order and order as resettled, denying defendant's motion to open default, vacate judgment and permit him to interpose an answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

JOHN J. O'DONNELL, Appellant, v. J. NORMAN WHITEHOUSE and Others, Doing Business under the Style and Name of WHITEHOUSE & COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

PATCHOGUE FIELD CLUB, INC., Respondent, v. JAMES I. DAVIS and ALICE E. DAVIS, His Wife, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.